William F. Mede
TURNER & MEDE, P.C.
1500 West 33rd Ave., Suite 200
Anchorage, Alaska 99503
Email Address: wmede@turnermede.com
(907) 276-3963 Telephone
(907) 277-3695 Facsimile

Richard R. Meneghello, *admission pro hac vice pending*
Email Address: rmeneghello@laborlawyers.com
FISHER & PHILLIPS LLP
111 SW Fifth Avenue, Suite 1250
Portland, Oregon 97204
(503) 242-4262 Telephone
(503) 242-4263 Facsimile
Email Address: pdx@laborlawyers.com

Attorneys for Wal-Mart Stores, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALEXANDER S. DAVES,<br><br>                          Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC. and<br>WAL-MART STORES, INC.,<br><br>                          Defendants | Case No. _____<br><br>**NOTICE OF REMOVAL** |

TO THE CLERK OF THE COURT:

      PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Wal-Mart Stores, Inc., ("Defendant") hereby removes to this Court the case now pending in the Superior Court for the State of Alaska, Third Judicial District at Anchorage as

*Alexander S. Daves v. Wal-Mart Associates, Inc.* and *Wal-Mart Stores*, *Inc.*, Case No. 3AN-12-10801 CI ("State Lawsuit"). As grounds for removal, Defendant states as follows:

1. On or about November 5, 2012, Plaintiff Alexander S. Daves ("Plaintiff") filed a civil complaint ("Complaint") against Defendant and Wal-Mart Associates, Inc. in the State Lawsuit. *See* Complaint, **Exhibit A** attached hereto.

2. On February 28, 2013, service of process was completed on Defendant. *See* Service of Process, **Exhibit B**.

3. Upon information and belief, Wal-Mart Associates, Inc. has not been properly joined and served, therefore the consent of co-defendant required by 28 U.S.C. §1446(b)(2)(A) is not necessary for removal of the action.

4. Pursuant to 28 U.S.C. §1446(a), Defendant has attached to this Notice all state court papers served on Defendant at the time of removal, consisting of the Complaint (**Exhibit A**), the Summons (**Exhibit C**), Plaintiff's Demand for a Jury Trial (**Exhibit D**), the Superior Court Case Description Form (**Exhibit E**) and a Revised Notice of Change of Address and Fax Number for Plaintiff's counsel (**Exhibit F**).

5. No further proceedings have been had in the State Lawsuit as of the date of filing of this Notice.

6. This Court has original jurisdiction over this civil action under 28 U.S.C. § 1332 and may be removed to this Court pursuant to 28 U.S.C. § 1441 because (a) this matter is between citizens of different states, and (b) the amount in controversy exceeds $75,000, exclusive of interest and costs.

a. On information and belief, Plaintiff was a citizen and resident of the State of Alaska, as noted in Paragraph 1 of Plaintiff's Complaint, and is currently a citizen of Alaska. *See* **Exhibit A,** ¶ 1.

b. Defendant is a Delaware corporation with its principal place of business in Arkansas. *See* **Exhibit A,** ¶ 2.

c. On information and belief, the amount in controversy, exclusive of interest and fees, exceeds $75,000. Plaintiff generally seeks compensatory relief for general and special damages, including past, present and future earnings, as well as punitive damages and attorney fees for his wrongful termination and breach of contract claims. Standard non-economic and economic damages in such employment claims generally exceed $75,000. Considering Plaintiff also alleges a claim for punitive damages and attorney fees, it is a legal certainty that Plaintiff's claims total well over $75,000. Plaintiff's choice of forum reflects this certainty as he chose to file his suit in state superior court in lieu of district court, whose jurisdiction includes civil cases where the amount in controversy is under $100,000.

7. This action is removable to this Court under 28 U.S.C. § 1441 because this Court would have had original jurisdiction over Plaintiff's claims had he elected to file this action initially in federal court.

8. This Court is the United States District Court for the district embracing Anchorage, Alaska and is therefore the appropriate court for removal pursuant to 28 U.S.C. § 1441.

9. Defendant has filed this Notice within 30 days of receipt of the Complaint by Defendant, as required by 28 U.S.C. § 1446(b).

10. Defendant has filed a copy of this Notice with the Clerk of the Superior Court of Alaska, Third Judicial District at Anchorage and served a copy upon Plaintiff (**Exhibit G**).

11. Defendant signs this Notice pursuant to Rule 11 of the Federal Rules of Civil Procedure.

SIGNED: March 18, 2013						TURNER & MEDE, P.C.


							 /s/ William F. Mede		.
							William F. Mede
							Attorney for Wal-Mart Stores, Inc.

Page 4	*Alexander Daves v. Wal-Mart Associates, Inc. et al*
		Case No. _____

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **NOTICE OF REMOVAL** as indicated below on:

Tim Dooley
Law Office of Tim Dooley
P.O. Box 91763
Anchorage, Alaska 99509-1763
Phone: (907) 279-7327
Fax: (877) 917-3298
Attorney for Plaintiff

☒ **Electronic Service**: by electronic means through the Court's Case Management/Electronic Case File System, on the date set forth below.

☒ **Regular or Priority Mail:** by mailing a full, true, and correct copy thereof in a sealed envelope with postage prepaid thereon, addressed as above stated, which is the last-known office address of the attorney, and

  ☒ Depositing it with the United States Postal Service at Anchorage, Alaska, on the date set forth below. ☐ **Plus E-mail**\*

  ☐ Sending it via a priority mail service on the date set forth below. ☐ **Plus E-mail**\*

☐ **Hand-Delivery:** by causing a full, true and correct copy thereof to be hand-delivered to the attorney at either the attorney's last-known office address as above stated, on the date set forth below, or at another location where the attorney is known to be, on the date set forth below.

SIGNED: March 18, 2013         /s/ William F. Mede         .
                               William F. Mede
                               TURNER & MEDE, P.C.
                               Attorney for Defendants